PROB 12B  
(7/93)

Report Date: June 2, 2010

## United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JUN 03 2010

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Michael Edward Clugey            Case Number: 2:09CR00054-1

Name of Judicial Officer: The Honorable Edward F. Shea, U.S. District Judge

Date of Original Sentence: 8/13/2007               Type of Supervision: Probation

Original Offense: Possession of False Identification    Date Probation Commenced: 8/13/2007
Documents, 18 U.S.C. § 1028(a)(4)

Original Sentence: Probation - 60 Months           Date Probation Expires: 8/12/2012

---

### PETITIONING THE COURT

To modify the conditions of supervision as follows:

23   You shall complete a mental health evaluation and follow any treatment recommendations of the evaluating professional which do not require forced or psychotropic medication and/or inpatient confinement absent further order of the Court. You shall allow reciprocal release of information between the supervising officer and treatment provider. You shall contribute to the cost of treatment according to your ability to pay.

### CAUSE

Michael Clugey violated conditions of his probation by failing to answer truthfully inquiries made by the undersigned officer and by associating with any persons engaged in criminal activity. On May 27, 2010, an unannounced home visit was conducted at the offender's residence. While there, the undersigned encountered Michael Clugey and an unknown female. Initially, Mr. Clugey identified the female as his stepdaughter who needed a place to live while in Clarkston, Washington. Eventually, the female was identified as Monica Cisneros-Rose, of Clarkston, Washington. The offender admitted that he purposely lied about his relationship with Ms. Cisneros-Rose. Upon further questioning, Michael Clugey stated that he knew he probably should have notified the undersigned officer prior to moving Ms. Cisneros-Rose and her husband into his home. Mr. Clugey told the undersigned that Ms. Cisneros-Rose intended to leave his home en route to a long-term drug treatment facility in western Washington. Both admitted that she is a current substance abuser in need of treatment.

Recent contact with the offender suggests that the above-mentioned modification is appropriate. On June 1, 2010, Michael Clugey acknowledged that he consistently experienced thoughts of harming himself. Consequently, the undersigned officer immediately referred the offender to a mental health therapist and directed him to resume participating in phase urinalysis testing.

In an attempt to provide federal funding, if necessary, it is requested that the Court modify the conditions of probation to include the aforementioned condition.

Prob 12B
**Re: Clugey, Michael Edward**
**June 2, 2010**
**Page 2**

Michael Clugey was asked whether he would waive his right to a hearing and agree to the modification as described. As indicated by the enclosed waiver of hearing to modify conditions of probation form, Mr. Clugey has agreed to the proposed modification.

It is respectfully recommended that the attached waiver of hearing to modify conditions of probation be adopted requiring Mr. Clugey to participate in mental health treatment at the direction of the probation office.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 06/02/2010

s/Tommy Rosser

Tommy Rosser
U.S. Probation Officer

## THE COURT ORDERS

[ ] No Action
[ ] The Extension of Supervision as Noted Above
[X] The Modification of Conditions as Noted Above
[ ] Other

Signature of Judicial Officer

6/3/10

Date